UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re _Holbrook Dulpt Corp,_
_____
        Debtor

Case No. _14-75671_

Reporting Period: _12/1 - 2/28/15_

Federal Tax I.D. # _20-5778/2/_

## MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | |
| Statement of Operations | MOR-2 | ✓ | |
| Balance Sheet | MOR-3 | ✓ | |
| Status of Post-petition Taxes | MOR-4 | ✓ | |
| Copies of IRS Form 6123 or payment receipt | | ✓ | |
| Copies of tax returns filed during reporting period | | ✓ | |
| Summary of Unpaid Post-petition Debts | MOR-4 | ✓ | |
| Listing of aged Accounts Payable | | ✓ | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date _3/25/15_

_____
Signature of Joint Debtor

Date _____

_____
Signature of Authorized Individual*

Date _____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or
member if debtor is a limited liability company.

FORM MOR
(10/00)

In re _Holbrook Onfpt Corp_
         Debtor

Case No. _14-75671_
Reporting Period: _2/1-2/28_

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 73924 | | | | 73924 | | 73924 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 208743 | | | | 208743 | | 326838 | |
| ACCOUNTS RECEIVABLE | 0 | | | | 0 | | 24655 | |
| LOANS AND ADVANCES | 0 | | | | 0 | | | |
| SALE OF ASSETS | 0 | | | | 0 | | | |
| OTHER (ATTACH LIST) | 0 | | | | 0 | | | |
| TRANSFERS (FROM DIP ACCTS) | 0 | | | | 0 | | | |
| TOTAL RECEIPTS | 208743 | | | | 208743 | | 351493 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 15332 | | | | 15332 | | 15332 | |
| PAYROLL TAXES | 2634 | | | | 2634 | | 4500 | |
| SALES, USE, & OTHER TAXES | 0 | | | | 0 | | | |
| INVENTORY PURCHASES | 182051 | | | | 182051 | | 234319 | |
| SECURED/ RENTAL LEASES | 16624 | | | | 16624 | | 26773 | |
| INSURANCE | 2737 | | | | 2737 | | 2972 | |
| ADMINISTRATIVE | 0 | | | | 0 | | 0 | |
| SELLING | 0 | | | | 0 | | 0 | |
| OTHER (ATTACH LIST) | 6924 | | | | 6924 | | 7569 | |
| OWNER DRAW * | 0 | | | | 0 | | | |
| TRANSFERS (TO DIP ACCTS) | 0 | | | | 0 | | 3462 | |
| PROFESSIONAL FEES | 0 | | | | 0 | | 0 | |
| U.S. TRUSTEE QUARTERLY FEES | 325 | | | | 325 | | 325 | |
| COURT COSTS | | | | | 0 | | 0 | |
| TOTAL DISBURSEMENTS | 226427 | | | | 226427 | | 295252 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -17684 | | | | 17864 | | 56241 | |
| CASH - END OF MONTH | 56240 | | | | 56240 | | 56241 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 226427 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | — |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | — |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 226,427 |

FORM MOR-1
(10/00)

In re _Holbrook Dolpt Corp._
Debtor

Case No. _14-75671_
Reporting Period: _2/1-2/28/15_

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 208743 | 351493 |
| Less: Returns and Allowances | 0 | |
| Net Revenue | 208743 | 351493 |
| COST OF GOODS SOLD | | |
| Beginning Inventory | | |
| Add: Purchases | 182051 | 234319 |
| Add: Cost of Labor | 15332 | 15332 |
| Add: Other Costs (attach schedule) | — | — |
| Less: Ending Inventory | — | — |
| Cost of Goods Sold | 197383 | 249651 |
| Gross Profit | 11360 | 101842 |
| OPERATING EXPENSES | | |
| Advertising | 0 | |
| Auto and Truck Expense | 0 | |
| Bad Debts | 0 | |
| Contributions | 0 | |
| Employee Benefits Programs | 0 | |
| Insider Compensation* | 0 | |
| Insurance | 2737 | 2972 |
| Management Fees/Bonuses | 0 | |
| Office Expense | 0 | |
| Pension & Profit-Sharing Plans | 0 | |
| Repairs and Maintenance | 0 | |
| Rent and Lease Expense | 16624 | 26773 |
| Salaries/Commissions/Fees | 0 | |
| Supplies | 0 | |
| Taxes - Payroll | 2634 | 4500 |
| Taxes - Real Estate | 0 | |
| Taxes - Other | 0 | |
| Travel and Entertainment | 0 | |
| Utilities | 6724 | 6724 |
| Other (attach schedule) | 0 | 4308 |
| Total Operating Expenses Before Depreciation | 28719 | 45277 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | ⟨17359⟩ | 56565 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Expense (attach schedule) | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | (17359) | 56565 |
| REORGANIZATION ITEMS | | |
| Professional Fees | 0 | 0 |
| U.S. Trustee Quarterly Fees | 325 | 325 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0 | 0 |
| Gain (Loss) from Sale of Equipment | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Expenses | 0 | 0 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | ⟨17684⟩ | 56240 |

"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(10/00)

In re _Holbrook Dulpt Conp_
         Debtor

Case No. _14-75671_
Reporting Period: _2/1 - 3/28/15_

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | 56241 | | | |
| | | | | |
| BANK BALANCE | 56241 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | — | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: e.g. (1,000) | — | | | |
| OTHER *(ATTACH EXPLANATION)* | — | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | 56241 | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

THER

In re: Holbrook Dvlp. Corp.
Debtor

Case No. 14-75671

Reporting Period: 2/1-2/28/15

### STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | | Month | Cumulative Filing to Date |
|---|---|---|---|
| **Other Costs** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Operational Expenses** | | | |
| Transfer to P/R Accts, | | | 3463 |
| Payroll Check | | | 26 |
| Pay 3rd Sanitation | | | 460 |
| Pay Carpenter, | | | 559 |
| **Other Income** | | | |
| | | | |
| | | | |
| | | | |
| **Other Expenses** | | | |
| | | | |
| | | | |
| | | | |
| **Other Reorganization Expenses** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CON'T)
(10/00)

In re: Holbrook Pulpt Corp,
_____
Debtor

Case No. 14-75671
Reporting Period: 2/1 - 2/28/15

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| CURRENT ASSETS | | |
| Unrestricted Cash and Equivalents | 56740 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | 56740 | |
| PROPERTY AND EQUIPMENT | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less: Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | | |
| OTHER ASSETS | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | 0 | |
| TOTAL ASSETS | 56740 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | 7074 | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Post-petition Liabilities (attach schedule) | | |
| TOTAL POST-PETITION LIABILITIES | 7074 | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | | |
| Priority Debt | 117187 | 117187 |
| Unsecured Debt | 156137 | 156137 |
| TOTAL PRE-PETITION LIABILITIES | 273324 | 273324 |
| TOTAL LIABILITIES | 280398 | 273324 |
| OWNER EQUITY | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Post-petition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Post-petition Contributions (attach schedule) | | |
| NET OWNERS' EQUITY | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 280398 | 273324 |

"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(10/00)

In re _Holbrook Mult Corp_
     Debtor

Case No. _14-75671_

Reporting Period: _2/1 - 2/28/15_

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $\bigcirc$ | $\bigcirc$ |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $\bigcirc$ | $\bigcirc$ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Post-petition Liabilities | | |
| | | |
| | | |
| | | |
| Adjustments to Owners' Equity | $\bigcirc$ | $\bigcirc$ |
| | | |
| | | |
| | | |
| Post-petition Contributions | $\bigcirc$ | $\bigcirc$ |
| | | |
| | | |
| | | |
| | $\bigcirc$ | $\bigcirc$ |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re _Holbrook Dulpt Corp._
Debtor

Case No. _14-75671_

Reporting Period: _2/1 -2/28/15_

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax | Amount Withheld or | Amount Paid | Date Paid | Check No. or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | 2634 | | 2634 | | EFT, | |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | 7074 | | 7074 |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | | | | 7074 | | 7074 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

FORM MOR-4
(10/00)

In re _Holbrook Dupli, Corp_
    Debtor

Case No. _14-75871_

Reporting Period: _8/1 - 2/28/15_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| Plus: Amounts billed during the period | 0 |
| Less: Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | 0 |
| Less: Bad Debts (Amount considered uncollectible) | 0 |
| Net Accounts Receivable | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |



**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DEBTOR IN POSSESSION CASE # 8-14-75671
701WEST MONTAUK HIGHWAY
BAY SHORE NY  11706

Page:                                      1 of 6
Statement Period:    Feb 01 2015-Feb 28 2015
Cust Ref #:              4311234340-039-T-###
Primary Account #:

## Chapter 11 Checking
HOLBROOK DEVELOPMENT CORP
DEBTOR IN POSSESSION CASE # 8-14-75671

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 73,923.33 | Average Collected Balance | 69,826.89 |
| Deposits | 132,346.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 76,397.50 | Days in Period | 28 |
| | | | |
| Checks Paid | 34,583.28 | | |
| Electronic Payments | 10,143.33 | | |
| Other Withdrawals | 181,700.00 | | |
| Ending Balance | 56,240.22 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/2 | DEPOSIT | 6,840.00 |
| 2/2 | DEPOSIT | 3,500.00 |
| 2/2 | DEPOSIT | 2,190.00 |
| 2/2 | DEPOSIT | 1,100.00 |
| 2/2 | DEPOSIT | 62.00 |
| 2/3 | DEPOSIT | 3,000.00 |
| 2/4 | DEPOSIT | 5,041.00 |
| 2/5 | DEPOSIT | 3,425.00 |
| 2/5 | DEPOSIT | 700.00 |
| 2/5 | DEPOSIT | 675.00 |
| 2/6 | DEPOSIT | 4,173.00 |
| 2/6 | DEPOSIT | 1,000.00 |
| 2/9 | DEPOSIT | 12,484.00 |
| 2/9 | DEPOSIT | 4,000.00 |
| 2/9 | DEPOSIT | 1,500.00 |
| 2/12 | DEPOSIT | 11,546.00 |
| 2/12 | DEPOSIT | 1,000.00 |
| 2/13 | DEPOSIT | 5,982.00 |
| 2/13 | DEPOSIT | 500.00 |
| 2/17 | DEPOSIT | 24,068.00 |
| 2/18 | DEPOSIT | 4,405.00 |
| 2/19 | DEPOSIT | 1,500.00 |
| 2/20 | DEPOSIT | 2,970.00 |
| 2/20 | DEPOSIT | 2,800.00 |
| 2/20 | DEPOSIT | 2,000.00 |
| 2/20 | DEPOSIT | 1,990.00 |
| 2/23 | DEPOSIT | 4,292.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 56,240.22 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | - |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY -- IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DEBTOR IN POSSESSION CASE # 8-14-75671

Page:                     3 of 6
Statement Period:    Feb 01 2015-Feb 28 2015
Cust Ref #:            4311234340-039-T-###
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/23 | DEPOSIT | 1,500.00 |
| 2/23 | DEPOSIT | 1,345.00 |
| 2/23 | DEPOSIT | 1,300.00 |
| 2/24 | DEPOSIT | 2,415.00 |
| 2/24 | DEPOSIT | 2,300.00 |
| 2/25 | DEPOSIT | 1,527.00 |
| 2/25 | DEPOSIT | 500.00 |
| 2/25 | DEPOSIT | 30.00 |
| 2/26 | DEPOSIT | 4,080.00 |
| 2/27 | DEPOSIT | 2,906.00 |
| 2/27 | DEPOSIT | 1,700.00 |
| | Subtotal: | 132,346.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/2 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200046114 | 1,994.45 |
| 2/2 | CCD DEPOSIT, CDS P259827 0130 CDS P25982 CDS P259827 013 | 500.00 |
| 2/2 | CCD DEPOSIT, CDS P259827 0131 CDS P25982 CDS P259827 013 | 360.00 |
| 2/2 | CCD DEPOSIT, CDS P259827 0201 CDS P25982 CDS P259827 020 | 100.00 |
| 2/2 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200046113 | 9.35 |
| 2/3 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200034835 | 6,229.98 |
| 2/3 | CCD DEPOSIT, CDS P259827 0202 CDS P25982 CDS P259827 020 | 80.00 |
| 2/3 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200034834 | 56.76 |
| 2/4 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200047962 | 1,594.20 |
| 2/4 | CCD DEPOSIT, CDS P259827 0203 CDS P25982 CDS P259827 020 | 160.00 |
| 2/4 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200047961 | 23.69 |
| 2/5 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200050323 | 1,330.44 |
| 2/5 | CCD DEPOSIT, CDS P259827 0204 CDS P25982 CDS P259827 020 | 140.00 |
| 2/5 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200050322 | 18.22 |
| 2/6 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200053158 | 3,284.91 |
| 2/6 | CCD DEPOSIT, CDS P259827 0205 CDS P25982 CDS P259827 020 | 540.00 |
| 2/6 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200053157 | 17.90 |
| 2/9 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200051700 | 2,732.95 |
| 2/9 | CCD DEPOSIT, CDS P259827 0207 CDS P25982 CDS P259827 020 | 580.00 |
| 2/9 | CCD DEPOSIT, CDS P259827 0208 CDS P25982 CDS P259827 020 | 40.00 |
| 2/9 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200051699 | 22.83 |
| 2/10 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200049975 | 6,886.03 |
| 2/10 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200049974 | 81.76 |
| 2/11 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200055892 | 2,338.52 |
| 2/11 | CCD DEPOSIT, CDS P259827 0210 CDS P25982 CDS P259827 021 | 240.00 |
| 2/11 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200055891 | 36.45 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DEBTOR IN POSSESSION CASE # 8-14-75671

DAILY ACCOUNT ACTIVITY

## Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/12 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200061415 | 2,431.62 |
| 2/12 | CCD DEPOSIT, CDS P259827 0211 CDS P25982 CDS P259827 021 | 220.00 |
| 2/12 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200061414 | 15.24 |
| 2/13 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200064232 | 3,066.87 |
| 2/13 | CCD DEPOSIT, CDS P259827 0212 CDS P25982 CDS P259827 021 | 660.00 |
| 2/13 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200064231 | 3.16 |
| 2/17 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200066528 | 7,829.09 |
| 2/17 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200057555 | 2,678.32 |
| 2/17 | CCD DEPOSIT, CDS P259827 0213 CDS P25982 CDS P259827 021 | 500.00 |
| 2/17 | CCD DEPOSIT, CDS P259827 0215 CDS P25982 CDS P259827 021 | 440.00 |
| 2/17 | CCD DEPOSIT, CDS P259827 0214 CDS P25982 CDS P259827 021 | 420.00 |
| 2/17 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200066527 | 101.68 |
| 2/17 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200057554 | 24.69 |
| 2/17 | CCD DEPOSIT, CDS P259827 0216 CDS P25982 CDS P259827 021 | 20.00 |
| 2/17 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200066529 | 10.02 |
| 2/18 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200067931 | 2,316.10 |
| 2/18 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200067930 | 23.16 |
| 2/19 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200072064 | 2,621.78 |
| 2/19 | CCD DEPOSIT, CDS P259827 0218 CDS P25982 CDS P259827 021 | 160.00 |
| 2/19 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200072063 | 35.36 |
| 2/20 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200074021 | 2,995.74 |
| 2/20 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200074023 | 784.12 |
| 2/20 | CCD DEPOSIT, CDS P259827 0219 CDS P25982 CDS P259827 021 | 140.00 |
| 2/20 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200074020 | 2.95 |
| 2/23 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200058821 | 2,596.55 |
| 2/23 | CCD DEPOSIT, CDS P259827 0220 CDS P25982 CDS P259827 022 | 440.00 |
| 2/23 | CCD DEPOSIT, CDS P259827 0222 CDS P25982 CDS P259827 022 | 300.00 |
| 2/23 | CCD DEPOSIT, CDS P259827 0221 CDS P25982 CDS P259827 022 | 240.00 |
| 2/23 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200058820 | 19.82 |
| 2/24 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200075519 | 7,226.53 |
| 2/24 | CCD DEPOSIT, CDS P259827 0223 CDS P25982 CDS P259827 022 | 140.00 |
| 2/24 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200075518 | 58.69 |
| 2/25 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200073811 | 2,600.22 |
| 2/25 | CCD DEPOSIT, CDS P259827 0224 CDS P25982 CDS P259827 022 | 240.00 |
| 2/25 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200073810 | 38.15 |
| 2/26 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200082185 | 2,398.56 |
| 2/26 | CCD DEPOSIT, CDS P259827 0225 CDS P25982 CDS P259827 022 | 140.00 |
| 2/26 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200082184 | 11.56 |
| 2/27 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200072947 | 2,704.83 |
| 2/27 | CCD DEPOSIT, CDS P259827 0226 CDS P25982 CDS P259827 022 | 320.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DEBTOR IN POSSESSION CASE # 8-14-75671

Page:                    5 of 6
Statement Period:    Feb 01 2015-Feb 28 2015
Cust Ref #:             4311234340-039-T-###
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/27 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200072946 | 24.25 |
| | Subtotal: | 76,397.50 |

**Checks Paid**   No. Checks: 24   For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 2/6 | 101 | 3,037.35 | 2/2 | 50100 | 174.00 |
| 2/6 | 103* | 3,000.00 | 2/6 | 50101 | 629.61 |
| 2/9 | 104 | 1,000.00 | 2/9 | 50102 | 514.86 |
| 2/23 | 105 | 10,149.44 | 2/9 | 50103 | 352.54 |
| 2/10 | 106 | 4,000.00 | 2/17 | 50104 | 741.27 |
| 2/20 | 107 | 325.00 | 2/17 | 50105 | 161.61 |
| 2/25 | 109* | 400.00 | 2/18 | 50106 | 741.28 |
| 2/23 | 110 | 2,000.00 | 2/18 | 50107 | 161.61 |
| 2/23 | 111 | 302.24 | 2/23 | 50109* | 629.61 |
| 2/25 | 114* | 2,000.00 | 2/23 | 50110 | 161.61 |
| 2/27 | 115 | 3,037.35 | 2/23 | 50111 | 741.27 |
| 2/2 | 50099* | 161.01 | 2/23 | 50112 | 161.62 |
| | | | | Subtotal: | 34,583.28 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/5 | ACH DEBIT, PARACO GAS ACH 190786F | 2,028.67 |
| 2/6 | ELECTRONIC PMT-TEL, LIPA PHONECHECK 0517500213 | 3,707.31 |
| 2/6 | ACH DEBIT, HOLBROOK DEVELOP PAYROLL 4003      4003 | 553.66 |
| 2/13 | ACH DEBIT, HOLBROOK DEVELOP PAYROLL 4003      4003 | 651.42 |
| 2/18 | ELECTRONIC CK PMT-ARC, SUFFOLK COUNTY W CHECK PYMT 0108 | 155.73 |
| 2/20 | ACH DEBIT, HOLBROOK DEVELOP PAYROLL 4003      4003 | 715.41 |
| 2/20 | CCD DEBIT, AMOCO DLR/JBR EDI PAYMNT 5200074022 | 283.00 |
| 2/23 | ACH DEBIT, UTICA FIRST INS INS PREM BOP1418284 | 509.64 |
| 2/23 | ELECTRONIC PMT-TEL, LIPA PHONECHECK 0566300749 | 400.00 |
| 2/23 | ACH DEBIT, UTICA FIRST INS INS PREM ULC1418285 | 227.51 |
| 2/23 | CCD DEBIT, CABLEVISION07840 TELE PMT 0784090946002 | 100.00 |
| 2/24 | CCD DEBIT, AMOCO DLR/JBR EDI PAYMNT 5200075520 | 67.50 |
| 2/25 | CCD DEBIT, CABLEVISION07840 TELE PMT 0784090946002 | 30.00 |
| 2/27 | ACH DEBIT, HOLBROOK DEVELOP PAYROLL 4003      4003 | 713.48 |
| | Subtotal: | 10,143.33 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/3 | WIRE TRANSFER OUTGOING, BP Products North America | 15,000.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DEBTOR IN POSSESSION CASE # 8-14-75671

Page:                                          6 of 6
Statement Period:    Feb 01 2015-Feb 28 2015
Cust Ref #:              4311234340-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/3 | WIRE TRANSFER FEE | 25.00 |
| 2/5 | WIRE TRANSFER OUTGOING, Bp Products North America Inc | 28,000.00 |
| 2/5 | WIRE TRANSFER FEE | 25.00 |
| 2/10 | WIRE TRANSFER OUTGOING, Bp Products North America Inc | 17,100.00 |
| 2/10 | WIRE TRANSFER FEE | 25.00 |
| 2/12 | WIRE TRANSFER OUTGOING, BP Products North America | 14,000.00 |
| 2/12 | WIRE TRANSFER FEE | 25.00 |
| 2/13 | WIRE TRANSFER OUTGOING, Bp Products North America | 30,000.00 |
| 2/13 | WIRE TRANSFER FEE | 25.00 |
| 2/18 | WIRE TRANSFER OUTGOING, Bp Products North America Inc | 16,000.00 |
| 2/18 | WIRE TRANSFER FEE | 25.00 |
| 2/19 | WIRE TRANSFER OUTGOING, Bp Products North America Inc | 30,000.00 |
| 2/19 | WIRE TRANSFER FEE | 25.00 |
| 2/27 | WIRE TRANSFER OUTGOING, Bp Products North America Inc | 31,400.00 |
| 2/27 | WIRE TRANSFER FEE | 25.00 |
| | Subtotal: | 181,700.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 1/31 | 73,923.33 | 2/13 | 54,401.23 |
| 2/2 | 90,244.12 | 2/17 | 89,590.15 |
| 2/3 | 84,585.86 | 2/18 | 79,250.79 |
| 2/4 | 91,404.75 | 2/19 | 53,542.93 |
| 2/5 | 67,639.74 | 2/20 | 65,902.33 |
| 2/6 | 65,727.62 | 2/23 | 62,552.76 |
| 2/9 | 85,220.00 | 2/24 | 74,625.48 |
| 2/10 | 71,062.79 | 2/25 | 77,130.85 |
| 2/11 | 73,677.76 | 2/26 | 83,760.97 |
| 2/12 | 74,865.62 | 2/27 | 56,240.22 |