# **EXHIBIT A**

**PROPOSED RESOLUTION TO OBJECTIONS TO APPLICATION**

| DEBTOR | FEES REQUESTED IN APPLICATION | FEES PREVIOUSLY GRANTED | REMAINING FEES | 80% OF REMAINING FEES (ALLOWED) | 20% OF REMAINING FEES (HOLDBACK) |
|---|---|---|---|---|---|
| Holbrook Development Corp. | $24,198.18 | $10,283.00 | $13,915.18 | $11,132.14 | $2,783.04 |