UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re _Holbrook Dolpt. Corp_
        Debtor

Case No. _14-75671_

Reporting Period: _19/1 - 9/50/15_

Federal Tax I.D. # _20-5772121_

MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | |
| Statement of Operations | MOR-2 | ✓ | |
| Balance Sheet | MOR-3 | ✓ | |
| Status of Post-petition Taxes | MOR-4 | ✓ | |
| Copies of IRS Form 6123 or payment receipt | | ✓ | |
| Copies of tax returns filed during reporting period | | ✓ | |
| Summary of Unpaid Post-petition Debts | MOR-4 | ✓ | |
| Listing of aged Accounts Payable | | ✓ | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date _10/27/15_

_____
Signature of Joint Debtor

Date _____

_____
Signature of Authorized Individual*

Date _____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or
member if debtor is a limited liability company.

FORM MOR
(10/00)

In re _Holbrook Dept. Corp_
　　　　Debtor

Case No. _14-75671_
Reporting Period: _9/1 - 9/30/15_

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 46437 | | | | 46437 | | 46437 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 344056 | | | | 344056 | | 2467324 | |
| ACCOUNTS RECEIVABLE | | | | | | | 55372 | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | 344056 | | | | 344056 | | 2522696 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 6518 | | | | 6518 | | 60274 | |
| PAYROLL TAXES | 1906 | | | | 1906 | | 19850 | |
| SALES, USE, & OTHER TAXES | 250 | | | | 250 | | 97980 | |
| INVENTORY PURCHASES | 277822 | | | | 277822 | | 1964703 | |
| SECURED/ RENTAL/ LEASES | 14227 | | | | 14227 | | 130790 | |
| INSURANCE | 835 | | | | 835 | | 18968 | |
| ADMINISTRATIVE | 10000 | | | | 10000 | | 73000 | |
| SELLING | — | | | | | | — | |
| OTHER (ATTACH LIST) | 1445 | | | | 1445 | | 32677 | |
| OWNER DRAW * | | | | | | | — | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | 3462 | |
| PROFESSIONAL FEES | 8500 | | | | 8500 | | 11200 | |
| U.S. TRUSTEE QUARTERLY FEES | — | | | | | | 10075 | |
| COURT COSTS | | | | | | | — | |
| TOTAL DISBURSEMENTS | 321503 | | | | 321503 | | 2422984 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 22553 | | | | 22553 | | 99712 | |
| CASH - END OF MONTH | 68990 | | | | 68990 | | 68990 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 321503 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | — |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | — |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 321503 |

FORM MOR-1
(10/00)

In re _Holbrook Mgmt, Corp._
Debtor

Case No. _14-75671_
Reporting Period: _9/1 - 9/30/15_

BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other |
|---|---|---|---|---|---|---|---|
| BALANCE PER BOOKS | 68990 | | | | | | |
| BANK BALANCE | 68990 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | — | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST): e.g. (1,000) | — | | | | | | |
| OTHER (ATTACH EXPLANATION) | — | | | | | | |
| ADJUSTED BANK BALANCE * | 68990 | | | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

DEPOSITS IN TRANSIT

CHECKS OUTSTANDING    CK #    Amount    CK #    Amount

OTHER

FORM MOR-1 (CON'T)
(10/00)

In re _Holbrook Dulpt, Corp_  
Debtor

Case No. _14-75671_  
Reporting Period: _9/1 - 9/30/15_

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Current Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | 344056 | 2522696 |
| Less: Returns and Allowances | | |
| Net Revenue | 344056 | 2522696 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | — | — |
| Add: Purchases | 277822 | 1964703 |
| Add: Cost of Labor | 6518 | 60279 |
| Add: Other Costs (attach schedule) | — | |
| Less: Ending Inventory | — | — |
| Cost of Goods Sold | 284340 | 2024982 |
| Gross Profit | 59716 | 497714 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | 835 | 18968 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | 4112 |
| Rent and Lease Expense | 14227 | 130790 |
| Salaries/Commissions/Fees | 10000 | 73000 |
| Supplies | | — |
| Taxes - Payroll | 1906 | 19850 |
| Taxes - Real Estate | | 97730 |
| Taxes - Other | 250 | 250 |
| Travel and Entertainment | | — |
| Utilities | 1445 | 27720 |
| Other (attach schedule) | | 4308 |
| Total Operating Expenses Before Depreciation | 28663 | 376928 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 31053 | 120986 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | 31053 | 120986 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 8500 | 11200 |
| U. S. Trustee Quarterly Fees | | 10075 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | 22553 | 99711 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(10/00)

In re __Holbrook Dunlop__          Case No. __14-75671__
           Debtor
                                   Reporting Period: __9/1 - 9/30/15__

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | | Month | | Cumulative Filing to Date |
|---|---|---|---|---|
| **Other Costs** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Operational Expenses** | | | | |
| Transf DiD Acos | | | | 3463 |
| order check | | | | 26 |
| set | | | | 460 |
| CARle | | | | 559 |
| **Other Income** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Expenses** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Reorganization Expenses** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

eorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
nterest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a
organization item.

In re: _Holbrook Dolpt Corp_       Case No. _14-75671_
          Debtor                   Reporting Period: _9/1 - 9/30/15_

BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| CURRENT ASSETS | | |
| Unrestricted Cash and Equivalents | 68990 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | 68990 | |
| PROPERTY AND EQUIPMENT | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less: Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | | |
| OTHER ASSETS | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | | |
| TOTAL ASSETS | 68990 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | 6518 | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Post-petition Liabilities (attach schedule) | | |
| TOTAL POST-PETITION LIABILITIES | 6518 | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | | |
| Priority Debt | 117187 | 117187 |
| Unsecured Debt | 156137 | 156137 |
| TOTAL PRE-PETITION LIABILITIES | 279842 | 273324 |
| TOTAL LIABILITIES | 279842 | 273324 |
| OWNER EQUITY | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Post-petition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Post-petition Contributions (attach schedule) | | |
| NET OWNERS' EQUITY | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 279842 | 273324 |

Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(10/00)

In re _Holbrook Dulpt, Corp_     Case No. _14-75671_
         Debtor                  Reporting Period: _9/1-9/30/15_

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | 0 | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | 0 | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | 0 | 0 |
| Adjustments to Owners' Equity | | |
| | | |
| | | |
| | 0 | 0 |
| Post-petition Contributions | | |
| | | |
| | | |
| | | |
| | 0 | 0 |

estricted Cash:  Cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a
             separate account, such as an escrow account.

FORM MOR-3 (CONT)
(10/00)

In re _Holbrook Dulpt Corp_
    Debtor

Case No. _14-75671_
Reporting Period: _9/1 - 9/30/15_

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax | Amount Withheld or | Amount Paid | Date Paid | Check No. or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| Withholding | | | | | | |
| Sales | 67 | 253 | 247 | 9/23 | EFT | 0 |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total State and Local** | | | | | | |
| **Total Taxes** | 67 | 253 | 247 | 9/23 | EFT | 0 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | | | |
|---|---|---|---|---|---|
| Accounts Payable | | | | | |
| Wages Payable | | | | | |
| Taxes Payable | | | | | |
| Rent/Leases-Building | | | | | |
| Rent/Leases-Equipment | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | |
| Professional Fees | | | | | |
| Amounts Due to Insiders | | | | | |
| Other: | | | | | |
| Other: | | | | | |
| Total Post-petition Debts | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

FORM MOR-4
(10/00)

In re _Holbrook Dv/rt Corp_
    Debtor

Case No. _14-75671_

Reporting Period: _9/1 - 9/30/15_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| Plus: Amounts billed during the period | 0 |
| Less: Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Less: Bad Debts (Amount considered uncollectible) | 0 |
| Net Accounts Receivable | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(10/00)

 **Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY
701 WEST MONTAUK HIGHWAY
BAY SHORE NY 11706

Page:                                                  1 of 7
Statement Period:    Sep 01 2015-Sep 30 2015
Cust Ref #:              4311234340-039-T-###
Primary Account #:

## Chapter 11 Checking

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 46,436.45 | Average Collected Balance | 18,432.12 |
| Deposits | 215,392.91 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 128,663.19 | Days in Period | 30 |
| Checks Paid | 55,844.25 | | |
| Electronic Payments | 3,336.81 | | |
| Other Withdrawals | 262,322.00 | | |
| Ending Balance | 68,989.49 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/4 | DEPOSIT | 6,916.00 |
| 9/4 | DEPOSIT | 3,760.00 |
| 9/4 | DEPOSIT | 3,000.00 |
| 9/8 | DEPOSIT | 30,661.00 |
| 9/8 | DEPOSIT | 6,867.00 |
| 9/8 | DEPOSIT | 6,540.00 |
| 9/8 | DEPOSIT | 6,509.00 |
| 9/11 | DEPOSIT | 6,762.00 |
| 9/11 | DEPOSIT | 6,703.00 |
| 9/11 | DEPOSIT | 5,565.00 |
| 9/14 | DEPOSIT | 21,577.00 |
| 9/17 | DEPOSIT | 18,205.00 |
| 9/17 | DEPOSIT | 200.00 |
| 9/21 | DEPOSIT | 6,604.00 |
| 9/21 | DEPOSIT | 6,387.00 |
| 9/21 | DEPOSIT | 5,468.00 |
| 9/21 | DEPOSIT | 5,268.00 |
| 9/24 | DEPOSIT | 4,927.00 |
| 9/24 | DEPOSIT | 4,770.00 |
| 9/24 | DEPOSIT | 4,617.00 |
| 9/24 | DEPOSIT | 4,000.00 |
| 9/25 | DEPOSIT | 3,115.00 |
| 9/28 | DEPOSIT | 4,379.91 |
| 9/30 | DEPOSIT | 8,935.00 |
| 9/30 | DEPOSIT | 7,850.00 |
| 9/30 | DEPOSIT | 7,418.00 |
| 9/30 | DEPOSIT | 7,410.00 |

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY

Page:                                              3 of 7
Statement Period:    Sep 01 2015-Sep 30 2015
Cust Ref #:              4311234340-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/30 | DEPOSIT | 4,969.00 |
| 9/30 | DEPOSIT | 3,010.00 |
| 9/30 | DEPOSIT | 3,000.00 |
| | Subtotal: | 215,392.91 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/1 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200340191 | 9,453.28 |
| 9/1 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200340190 | 148.53 |
| 9/1 | CCD DEPOSIT, CDS P259827 0831 CDS P25982 CDS P259827 083 | 60.00 |
| 9/2 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200336667 | 4,092.23 |
| 9/2 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200336666 | 45.47 |
| 9/2 | CCD DEPOSIT, CDS P259827 0901 CDS P25982 CDS P259827 090 | 20.00 |
| 9/3 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200343020 | 3,508.93 |
| 9/3 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200343019 | 20.54 |
| 9/4 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200345028 | 4,647.26 |
| 9/4 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200345027 | 11.95 |
| 9/8 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200346475 | 11,776.62 |
| 9/8 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200347316 | 3,677.16 |
| 9/8 | CCD DEPOSIT, CDS P259827 0905 CDS P25982 CDS P259827 090 | 860.00 |
| 9/8 | CCD DEPOSIT, CDS P259827 0906 CDS P25982 CDS P259827 090 | 180.00 |
| 9/8 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200346474 | 114.40 |
| 9/8 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200347315 | 48.73 |
| 9/9 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200351271 | 2,880.73 |
| 9/9 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200351270 | 121.96 |
| 9/10 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200344643 | 3,296.53 |
| 9/10 | CCD DEPOSIT, CDS P259827 0909 CDS P25982 CDS P259827 090 | 600.00 |
| 9/10 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200344642 | 30.27 |
| 9/11 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200354075 | 3,668.97 |
| 9/11 | CCD DEPOSIT, CDS P259827 0910 CDS P25982 CDS P259827 091 | 440.00 |
| 9/11 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200354074 | 24.49 |
| 9/14 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200354852 | 4,102.56 |
| 9/14 | CCD DEPOSIT, CDS P259827 0913 CDS P25982 CDS P259827 091 | 840.00 |
| 9/14 | CCD DEPOSIT, CDS P259827 0911 CDS P25982 CDS P259827 091 | 800.00 |
| 9/14 | CCD DEPOSIT, CDS P259827 0912 CDS P25982 CDS P259827 091 | 440.00 |
| 9/14 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200354851 | 20.50 |
| 9/15 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200357451 | 10,266.92 |
| 9/15 | CCD DEPOSIT, CDS P259827 0914 CDS P25982 CDS P259827 091 | 140.00 |
| 9/15 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200357450 | 134.30 |
| 9/16 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200360387 | 3,231.65 |
| 9/16 | CCD DEPOSIT, CDS P259827 0915 CDS P25982 CDS P259827 091 | 240.00 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY

Page: 4 of 7
Statement Period: Sep 01 2015-Sep 30 2015
Cust Ref #: 4311234340-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/16 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200360386 | 51.11 |
| 9/17 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200356789 | 4,778.26 |
| 9/17 | CCD DEPOSIT, CDS P259827 0916 CDS P25982 CDS P259827 091 | 1,220.00 |
| 9/17 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200356788 | 57.84 |
| 9/18 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200363329 | 3,636.29 |
| 9/18 | CCD DEPOSIT, CDS P259827 0917 CDS P25982 CDS P259827 091 | 780.00 |
| 9/18 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200363328 | 18.89 |
| 9/21 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200366363 | 4,106.63 |
| 9/21 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200366365 | 1,416.06 |
| 9/21 | CCD DEPOSIT, CDS P259827 0918 CDS P25982 CDS P259827 091 | 580.00 |
| 9/21 | CCD DEPOSIT, CDS P259827 0919 CDS P25982 CDS P259827 091 | 420.00 |
| 9/21 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200366362 | 30.23 |
| 9/22 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200364754 | 10,311.17 |
| 9/22 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200364753 | 116.82 |
| 9/22 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200364755 | 60.00 |
| 9/23 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200371166 | 3,510.90 |
| 9/23 | CCD DEPOSIT, CDS P259827 0922 CDS P25982 CDS P259827 092 | 400.00 |
| 9/23 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200371165 | 18.33 |
| 9/24 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200365607 | 3,663.93 |
| 9/24 | CCD DEPOSIT, CDS P259827 0923 CDS P25982 CDS P259827 092 | 600.00 |
| 9/24 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200365606 | 12.18 |
| 9/25 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200372915 | 3,629.30 |
| 9/25 | CCD DEPOSIT, CDS P259827 0924 CDS P25982 CDS P259827 092 | 660.00 |
| 9/25 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200372914 | 24.70 |
| 9/28 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200376145 | 3,751.63 |
| 9/28 | CCD DEPOSIT, CDS P259827 0926 CDS P25982 CDS P259827 092 | 500.00 |
| 9/28 | CCD DEPOSIT, CDS P259827 0927 CDS P25982 CDS P259827 092 | 500.00 |
| 9/28 | CCD DEPOSIT, CDS P259827 0925 CDS P25982 CDS P259827 092 | 260.00 |
| 9/28 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200376144 | 15.94 |
| 9/29 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200378058 | 9,145.81 |
| 9/29 | CCD DEPOSIT, CDS P259827 0928 CDS P25982 CDS P259827 092 | 80.00 |
| 9/29 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200378057 | 72.18 |
| 9/30 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200379232 | 4,274.24 |
| 9/30 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200379231 | 16.77 |
| | Subtotal: | 128,663.19 |

### Checks Paid    No. Checks: 25

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 9/8 | 237 | 510.00 | 9/14 | 247* | 10,453.52 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# Bank
America's Most Convenient Bank®

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY

Page: 5 of 7
Statement Period: Sep 01 2015-Sep 30 2015
Cust Ref #: 4311234340-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 9/25 | 249* | 435.50 | 9/15 | 50183* | 186.52 |
| 9/3 | 251* | 900.00 | 9/8 | 50184 | 629.60 |
| 9/3 | 252 | 4,526.26 | 9/9 | 50185 | 629.61 |
| 9/3 | 253 | 6,000.00 | 9/15 | 50186 | 96.44 |
| 9/4 | 254 | 4,000.00 | 9/10 | 50187 | 629.61 |
| 9/8 | 255 | 8,500.00 | 9/14 | 50188 | 741.28 |
| 9/11 | 256 | 399.33 | 9/21 | 50189 | 186.51 |
| 9/10 | 257 | 4,790.62 | 9/18 | 50190 | 629.60 |
| 9/28 | 258 | 710.41 | 9/24 | 50191 | 629.60 |
| 9/17 | 260* | 5,832.92 | 9/28 | 50193* | 629.61 |
| 9/25 | 261 | 130.35 | 9/24 | 50194 | 629.61 |
| 9/22 | 262 | 3,037.35 | | | |

Subtotal: 55,844.25

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|--------------|-------------|--------|
| 9/4 | ACH DEBIT, HOLBROOK DEVELOP PAYROLL 4003    4003 | 498.58 |
| 9/11 | ACH DEBIT, HOLBROOK DEVELOP PAYROLL 4003    4003 | 467.94 |
| 9/18 | ACH DEBIT, HOLBROOK DEVELOP PAYROLL 4003    4003 | 440.70 |
| 9/21 | CCD DEBIT, AMOCO DLR/JBR EDI PAYMNT 5200366364 | 283.00 |
| 9/21 | eTransfer Debit, Online Xfer<br>Transfer to CK 4311237766 | 250.00 |
| 9/25 | ACH DEBIT, HOLBROOK DEVELOP PAYROLL 4003    4003 | 498.62 |
| 9/28 | ACH DEBIT, FORD CREDIT FORDCREDIT 051907858 | 735.57 |
| 9/28 | CCD DEBIT, CABLEVISION07840 TELE PMT 0784016147501 | 94.90 |
| 9/29 | CCD DEBIT, AMOCO DLR/JBR EDI PAYMNT 5200378059 | 67.50 |

Subtotal: 3,336.81

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|--------------|-------------|--------|
| 9/1 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 16,100.00 |
| 9/1 | WIRE TRANSFER FEE | 25.00 |
| 9/2 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 15,200.00 |
| 9/2 | WIRE TRANSFER FEE | 25.00 |
| 9/3 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 15,300.00 |
| 9/3 | DEBIT | 16.00 |
| 9/3 | WIRE TRANSFER FEE | 25.00 |
| 9/4 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 15,700.00 |
| 9/4 | WIRE TRANSFER FEE | 25.00 |
| 9/8 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 16,000.00 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY

| | |
|---|---|
| Page: | 6 of 7 |
| Statement Period: | Sep 01 2015-Sep 30 2015 |
| Cust Ref #: | 4311234340-039-T-### |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/8 | WIRE TRANSFER FEE | 25.00 |
| 9/9 | WIRE TRANSFER OUTGOING, BP Products North America | 16,000.00 |
| 9/9 | WIRE TRANSFER OUTGOING, NIC HOLDING CORP | 3,710.00 |
| 9/9 | WIRE TRANSFER FEE | 25.00 |
| 9/9 | WIRE TRANSFER FEE | 25.00 |
| 9/10 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 15,400.00 |
| 9/10 | DEBIT | 8.00 |
| 9/10 | WIRE TRANSFER FEE | 25.00 |
| 9/11 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 31,400.00 |
| 9/11 | WIRE TRANSFER FEE | 25.00 |
| 9/15 | WIRE TRANSFER OUTGOING, BP Products North America | 15,000.00 |
| 9/15 | WIRE TRANSFER FEE | 25.00 |
| 9/17 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 14,400.00 |
| 9/17 | DEBIT | 8.00 |
| 9/17 | WIRE TRANSFER FEE | 25.00 |
| 9/18 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 14,700.00 |
| 9/18 | WIRE TRANSFER FEE | 25.00 |
| 9/21 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 13,600.00 |
| 9/21 | WIRE TRANSFER FEE | 25.00 |
| 9/23 | WIRE TRANSFER OUTGOING, BP Products North America | 12,700.00 |
| 9/23 | WIRE TRANSFER FEE | 25.00 |
| 9/24 | WIRE TRANSFER OUTGOING, NIC HOLDING | 3,655.00 |
| 9/24 | WIRE TRANSFER FEE | 25.00 |
| 9/25 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 28,500.00 |
| 9/25 | WIRE TRANSFER FEE | 25.00 |
| 9/28 | WIRE TRANSFER OUTGOING, BP Products North America | 14,500.00 |
| 9/28 | WIRE TRANSFER FEE | 25.00 |
| | Subtotal: | 262,322.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 8/31 | 46,436.45 | 9/15 | 13,725.47 |
| 9/1 | 39,973.26 | 9/16 | 17,248.23 |
| 9/2 | 28,905.96 | 9/17 | 21,443.41 |
| 9/3 | 5,668.17 | 9/18 | 10,083.29 |
| 9/4 | 3,779.80 | 9/21 | 26,018.70 |
| 9/8 | 45,349.11 | 9/22 | 33,469.34 |
| 9/9 | 27,962.19 | 9/23 | 24,673.57 |
| 9/10 | 11,035.76 | 9/24 | 42,324.47 |
| 9/11 | 1,906.95 | 9/25 | 20,164.00 |
| 9/14 | 18,492.21 | 9/28 | 12,875.99 |

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY

Page:                              7 of 7
Statement Period:    Sep 01 2015-Sep 30 2015
Cust Ref #:                4311234340-039-T-###
Primary Account #:

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 9/29 | 22,106.48 | 9/30 | 68,989.49 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY
TAX ACCOUNT
701 W MONTAUK HWY
BAYSHORE NY  11706

Page: 1 of 2
Statement Period:    Sep 01 2015-Sep 30 2015
Cust Ref #:    4311237766-039-T-###
Primary Account #:

## Chapter 11 Checking

HOLBROOK DEVELOPMENT CORP
DIP CASE 14-75671 EDNY
TAX ACCOUNT

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.01 | Average Collected Balance | 17.46 |
| Electronic Deposits | 250.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Electronic Payments | 247.05 | | |
| Ending Balance | 2.96 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/21 | eTransfer Credit, Online Xfer | 250.00 |
| | Transfer from CK 4311234340 | |
| | Subtotal: | 250.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/23 | CCD DEBIT, NYS DTF SALES TAX PAYMNT ****00000808749 | 247.05 |
| | Subtotal: | 247.05 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 8/31 | 0.01 | 9/23 | 2.96 |
| 9/21 | 250.01 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

HOLBROOK

Sep-15
SALES TAX
COUNTY: SUFFOLK

| | PREMIUM | MIDGRADE | REGULAR | DIESEL |
|---|---|---|---|---|
| BEGINNING INVENTORY | 1563 | 0 | 5463 | 764 |
| + GALLONS PURCHASED | 5695 | 3346 | 96555 | 3927 |
| ENDING INVENTORY | 235 | 0 | 6463 | 519 |
| GALLONS SOLD | 7023 | 3346 | 95555 | 4172 |
| | | | | |
| AVERAGE SELLING PRICE | 3.29863306 | 3.123983861 | 2.51300141 | 3.1445278 |
| LESS NYS SALES TAX/GAL | 0.2155 | 0.2085 | 0.1965 | 0.2085 |
| | 3.08313306 | 2.915483861 | 2.31650141 | 2.9360278 |
| LESS EXCISE TAX | 0.08 | 0.08 | 0.08 | 0.08 |
| TAXABLE BASE \$PRICE/GAL | 3.00313306 | 2.835483861 | 2.23650141 | 2.8560278 |
| x GALLONS SOLD | 7023 | 3346 | 95555 | 4172 |
| TAXABLE SALES | 21,091.00 | 9,487.53 | 213,708.89 | 11,915.35 |
| | | | | |
| TOTAL TAXABLE SALES/GAL SOLD | | 244,287.43 | 105924 | 11,915.35 |
| X SALES TAX | | 0.0425 | 0.0875 | 0.0425 |
| SALES TAX | | 10,382.22 | 9,268.35 | 506.40 |
| TOTAL GALLONS PURCHASED | | 105596 | | 3927 |
| X TAX RATE/GAL | | 0.21 | | 0.21 |
| PREPAID SALES TAX | | 22175.16 | | 824.67 |
| | | | | |
| TOTAL SALES TAX | | 19,650.57 | | 871.45 |
| LESS:PREPAID SALES TAX | | 22175.16 | | 824.67 |
| BALANCE DUE ON FUEL | | (2,524.59) | | 46.78 |
| GROSS NON-FUEL SALES | | 29064.14 | | |
| TAXABLE SALES | | 27945.04 | | |
| X SALES TAX RATE | | 0.08625 | | |
| SALES TAX DUE | | 2,410.26 | | |
| TOTAL GALLONS SOLD | | 105924 | | 4172 |
| X EXCISE TAX/GAL | | 0.08 | | 0.08 |
| TOTAL EXCISE TAX | | 8473.92 | | 333.76 |

CIGARETTES

| | |
|---|---|
| BEGINNING INVNTRY(PACKS) | 1396 |
| ADD:PURCHASES | 1350 |
| LESS ENDING INVNTRY | 867 |
| PACKS SOLD | 1879 |
| X PRICE/PACK | 9.93 |
| GROSS SALES | 18658.47 |
| PURCHASES(PKS) | 1350 |
| X SALES TAX/PACK | 0.82 |
| PREPAID SALES TAX | 1107 |

TOTAL DUE:        (1,174.55)

TOTAL TAXES      22,932.28
TOTAL CREDITS    24,106.83
                 (1,174.55)