UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**Firm ID 11-2671938**
**Pres. Date: 12/14/15 9:30 a.m.**

------------------------------------------------------------x

In Re:

Chapter 11

Holbrook Development Corp.,

Case No.:  14-75671-AST

Debtor.

------------------------------------------------------------x

## <u>NOTICE OF PRESENTMENT OF OBJECTION TO CLAIM</u>

SIR/MADAM:

    **PLEASE TAKE NOTICE** that an order will be presented for signature before the Honorable Alan S. Trust, United States Bankruptcy Judge, in his courtroom 960, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on **December 14, 2015 @ 9:30 a.m.** The proposed order will seek an order disallowing claims as specifically set forth in the application annexed and in compliance with Bankruptcy Rule 3007, together with such other and further relief as this court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order must be in writing and filed with the Clerk of the Court, United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, Central Islip, New York, 11722, (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-242), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance at 631-712-6200, Monday through Friday, 8:30 a.m. to 5:00 p.m. ) through the Internet at the Bankruptcy Court's website: <u>www.nyeb.uscourts.gov</u> using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the

objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASC II) format.  An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed pursuant to section (a), (b), or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Alan S. Trust, and served so as to be received by Macco & Stern, LLP.,135 Pinelawn Road, Suite 120S, Melville, New York 11747, Attn:  Cooper J. Macco, Esq. no later than **December 11, 2015 at 4:00 p.m.**

  **PLEASE TAKE FURTHER NOTICE** that if no objections are received the Court may enter an order granting the relief sought without further notice or hearing.  In the event that objections are timely received by the Court, the Court will schedule a hearing to consider the objections at a date and time to be determined by the Court.

  **PLEASE TAKE FURTHER NOTICE** that in the event that timely objections are filed the Court shall conduct a hearing on a date to be determined by the Court.

Dated:  Melville, New York
   November 9, 2015

        MACCO & STERN, LLP.
        Attorneys for the Debtors

        By:  /s/ Michael J. Macco
         MICHAEL J. MACCO
         135 Pinelawn Road, Suite 120S
         Melville, NY  11747
         (631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

In re:                                                    Case No. 14-75671 (AST)

Holbrook Development Corp.,                               Chapter 11

                                    Debtor
------------------------------------------------------------- x

### DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM

Holbrook Development Corp. (the "Debtor"), the above-referenced debtor and debtor-in-possession, by and through its counsel, Macco & Stern, LLP, hereby moves the Court for an order disallowing the proof of claim assigned claim number 16 (the "Claim") filed by PSEG Long Island (the "Claimant"), and respectfully sets forth as follows:

### BACKGROUND

1.      The Court has jurisdiction to consider this motion under 28 U.S.C. §§157 and 1334.  This is a core proceeding under 28 U.S.C. §157(b).  Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicates for relief are §502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007.1 of the Local Bankruptcy Rules for the Eastern District of New York (the "Local Rules").

### BACKGROUND

2.      On December 24, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.      On March 26, 2015, Claimant filed the Claim in the general unsecured amount of $2,882.73 (the "Claim Amount").  A copy of the Claim is annexed hereto as **Exhibit A**.

4.    The Debtor has continued to operate its business as a debtor-in-possession under Bankruptcy Code §§1107 and 1108.  To date, the Office of the United States Trustee (the "UST") has not appointed a chapter 11 trustee or official committee of unsecured creditors.

## OBJECTION

5.    Pursuant to Bankruptcy Code §502(b):

> [I]f . . . an objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim . . . as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that –
>
> > (7)    Such claim is unenforceable against the debtor and property of the debtor under any agreement or applicable law for a reason other than such claim is contingent or unliquidated . . .

6.    Additionally, pursuant to Bankruptcy Rule 3007(a), "[a]n objection to the allowance of a claim shall be in writing and filed.  A copy of the objection with notice of the hearing thereon shall be mailed or otherwise delivered to the claimant . . . at least 30 days prior to the hearing."

7.    Debtor objects to the Claim on the grounds that the Debtor has paid all invoices provided by the Claimant in the ordinary course of business.

8.    Accordingly, the Debtor believes the Claim should be expunged.

9.    No previous application for the relief requested herein has been made to this or any other Court.

**WHEREFORE,** the Debtors respectfully request the Court enter an order disallowing the Claim and granting such further and different relief as the Court deems just and proper.

Dated: October __, 2015
      Melville, NY

                                **MACCO & STERN, LLP**
                                Attorneys for the Debtors

By: _____
                                Michael J. Macco
                                A Member of the Firm
                                135 Pinelawn Road, Suite 120 South
                                Melville, New York 11747
                                (631) 549-7900

# EXHIBIT A

FORM B10    (Official Form 10)(12/03)

| United States Bankruptcy Court | Eastern | District of | New York | PROOF OF CLAIM |
|---|---|---|---|---|

| Name of Debtor HOLBROOK DEVELOPMENT CORP. | Case Number 14-75671-AST |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. sec. 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

PSEG Long Island

Name and Address Where Notices Should Be Sent

Geralyn Clinch
15 Park Drive
Melville, NY 11747

Telephone No.  631-844-3821

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

CLERK
BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 MAR 26  P 12: 20

RECEIVED

This Space Is For Court Use Only

| Account or other number by which creditor identifies debtor: 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-5 | Check box if this claim ☐ replaces ☐ amends | a previously filed claim, dated: |
|---|---|---|

**1. BASIS FOR CLAIM**

☐ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. sec. 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Last four digits of SS#:  0
Unpaid compensation for services
from _____ to _____

**2. Date debt was incurred:** 12/24/2014

**3. If court judgement, date obtained:**

| 4. Total Amount of Claim at Time Case Filed: | $2,882.73 | $0.00 | $0.00 | $2,882.73 |
|---|---|---|---|---|
| | (Unsecured) | (Secured) | (Priority) | (Total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 and below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other
Value of Collateral:  $0.00
Amount of arrearage and other charges at the time case filed included in secured claim, if any $  $0.00

**6. Unsecured Nonpriority Claim $**  $2,882.73
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or of c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority. $  $0.00
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. sec. 507(a)(3)
☐ Contributions to an employee benefit plan—11 U.S.C. sec. 507(a)(4)
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. sec. 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. sec. 507(a)(7)
☐ Taxes or penalties of governmental units—11 U.S.C. sec. 507(a)(8)
☐ Other—Specify applicable paragraph of 11 USC sec 507(a)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, curt judgements mortgages, security agreements, and evidence of perfection of lein.   DO NOT SEND ORIGINAL DOCUMENTS.    If the documents are not available, explain. If documents are voluminous, attach a summary.

**10. Date Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date 3/24/15 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Rosemarie Mills_  Rosemarie Mills , Collection Operations Supervisor |
|---|---|

Penalty for presenting fraudulent claim:    Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. sec. 152 and sec. 3571.

T&C SERVICE STATION   :BANKRUPTCY    03-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-50
.-5665            SUNRISE          HWY      HOLBROOK    NY 11741
MAIL: 15 PARK DR          MELVILLE    NY 11747

```
            DEPOSIT    AMT DUE   CURRENT    30 DAY    60 DAY    90 DAY  TOT ARREARS
              00      2882.73   2882.73       .00       .00       .00        .00
                                          #BUDGETS BILLED    BB/BAL
CASH-DTE TE      CASH-AMT *  BB/AMT BILL-TOTAL BILL-DTE    ELEC-AMT-RD   GAS-AMT-RD
03-16-15 30      3707.31  *              .00 12-24-14          .00 F
02-04-15 11      3707.31- *          1248.01 12-24-14      1248.01 E
01-08-15 60        20.23  *          1965.62 02-04-15      1965.62 CE
01-08-15 44      1614.49  *          2072.59 01-06-15      2072.59 CA
12-26-14 11      1614.49- *          1614.49 12-04-14      1614.49 A
12-03-14 11      1431.24- *          1431.24 11-06-14      1431.24 A
11-03-14 11      1654.34- *          1654.34 10-08-14      1654.34 A
10-06-14 11      3956.52- *          1656.38 09-05-14      1656.38 A
08-25-14 11      4258.30- *          2176.27 08-06-14      2176.27 A
08-15-14 11      4000.00- *          1889.01 07-02-14      1889.01 A
08-07-14 96       123.87  *          1631.28 06-03-14      1631.28 A
08-05-14 11      4211.37- *          1766.86 05-06-14      1766.86 A
07-03-14 96       156.36  *          2267.29 04-04-14      2267.29 A
06-23-14 11      4094.39- *          1939.49 03-04-14      1939.49 A
                                                                 MOR SCNS

            CSH2  *
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                         Case No. 14-75671 (AST)

Holbrook Development Corp.,                                     Chapter 11

                            Debtor

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF SUFFOLK)s:-

      Carol Smith, being duly sworn deposes that deponent is not a party to the above-captioned action, is over the age of 18 years and resides at West Islip, New York.

      On November 9, 2015 deponent served the within DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

PSEG Long Island
Geralyn Clinch
15 Park Drive
Melville, NY  11747

_____
Carol Smith

Sworn to before me this
9th day of November, 2015

_/s/ Janine M. Zarrilli_
Notary Public
_Janine M. Zarrilli_
_Notary Public, State of New York_
_No. O1ZA5084708_
_Qualified in Nassau County_
_Commission Expires September 8, 2017_