## MACCO & STERN, LLP
Attorneys At Law
135 Pinelawn Road
Suite 120 South
Melville, New York 11747
www.maccosternlaw.com

Michael J. Macco
Richard L. Stern

Peter Corey
Cooper J Macco

Telephone (631) 549-7900
Facsimile (631) 549-7845

19 November, 2015

Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

Re:    Holbrook Development Corp.
Case No.: 14-75671-ast

Dear Honorable Sir:

On November 9, 2015, we filed a Motion to Object/Reclassify/Reduce/Expunge Claim number 16-1 on behalf of Holbrook Development Corp., docket number 53, which was to be presented to Your Honor for consideration on December 14, 2015.

We wish to withdraw our motion objecting to the claim of PSEG Long Island.

Thank you in advance for your courtesies.

Respectfully submitted,

Cooper J Macco

/cs

cc: Office of the U. S. Trustee
    Long Island Federal Courthouse
    560 Federal Plaza
    Central Islip, NY 11722

    PSEG Long Island
    Geralyn Clinch
    15 Park Drive
    Melville, NY 11747